# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:10-CR-00118-RLH-RJJ |
| vs. | ) | **O R D E R** |
| | ) | (Motion to Have Petitioner Moved Back |
| CLIFFORD JAMES SCHUETT, | ) | Into the Court's Jurisdiction for |
| | ) | Appearance on the Petitioner's Writ |
| Defendant. | ) | for Habeas Corpus–#47) |

Before the Court is Defendant's **Motion to Have Petitioner Moved Back Into the Court's Jurisdiction for Appearance on the Petitioner's Writ for Habeas Corpus** (#47, filed December 28, 2012) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion to Have Petitioner Moved Back Into the Court's Jurisdiction for Appearance on the Petitioner's Writ for Habeas Corpus** (#47) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: January 4, 2013.

_____
Roger L. Hunt
United States District Judge