# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 2:10-cr-118-RLH-RJJ |
| vs. | **O R D E R** |
| CLIFFORD JAMES SCHUETT, | (Motion for Dismissal or Waiver–#86) |
| Defendant. | |

Before the Court is Defendant's **Motion for Dismissal or Waiver of Restitution** (#86, filed June 11, 2013). The United States filed its Response (#101) on June 28, 2013. The Motion will be denied for two reasons.

First, Defendant still had counsel until June 20, 2013, and the Local Rules preclude a party to file a pro se document when represented by counsel.

Moreover, the motion raises an issue that has previously been adjudicated. Schuett filed essentially the same motion on October 24, 2012 (#43), the Government filed its response on January 3, 2013, (#50) objecting with appropriate legal arguments. That motion was denied by the Court on January 17, 2013 (#59).

FOR GOOD CAUSE SHOWN, the present **Motion for Dismissal or Waiver of Restitution** (#86) is DENIED.

Dated: July 8, 2013.

_____
**Roger L. Hunt
United States District Judge**